# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. CHARLES SAGER,<br>2. DEBORAH LYNN SAGER,<br><br>        Plaintiffs,<br><br>v.<br><br>1. NATIONAL LLOYDS INSURANCE<br>    COMPANY, A Foreign For Profit<br>    Insurance Corporation,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  Case No. 14-CV-228-JED-FHM<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs, Charles Sager and Deborah Lynn Sager, and defendant, National Lloyds Insurance Company, pursuant to Rule 41(a)(1)(A)(ii), FRCP, stipulate to the dismissal of this case without prejudice.

Respectfully submitted,

s/Michael D. McGrew
Michael D. McGrew, OBA #013167
MICHAEL D. MCGREW & ASSOCIATES
400 N. Walker, Suite 115
Oklahoma City, OK 73102
(405) 235-9909 Telephone
(405) 235-9959 Facsimile
ATTORNEY FOR PLAINTIFFS
*(signed on behalf of Michael D. McGrew by Roger N. Butler, Jr. with permission)*

-and-

1

                                  s/Roger N. Butler, Jr.
                                  Roger N. Butler, Jr., 13668
                                  Diane M. Black, OBA #18653
                                  SECREST HILL BUTLER & SECREST
                                  7134 South Yale, Suite 900
                                  Tulsa, OK 74136-6360
                                  (918) 494-5905 Telephone
                                  (918) 494-2847 Facsimile
                                  ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2014, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrants:

Michael D. McGrew, Esq.
Roger N. Butler, Jr., Esq.
Diane M. Black, Esq.

                                                    s/Roger N. Butler, Jr.